```
           UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Marine Polymer Technologies, Inc.

    v.                              Civil No. 06-cv-100-JD

HemCon, Inc.


<u>O R D E R</u>

On July 26, 2007, the court issued an order directing the parties in this patent litigation to each file a brief on claim construction by August 17, 2007. In response, HemCon filed its claim construction brief. Marine Polymer, however, filed a <u>motion</u> for claim construction with a supporting memorandum.

Because the parties were ordered to file briefs on claim construction, Marine Polymer's motion is deemed to be the required brief, rather than a motion seeking separate relief. The motion, therefore, is moot.

Conclusion

For the foregoing reasons, the plaintiff's motion for claim construction (document no. 48) is terminated, and the filing is deemed to be a brief on claim construction in response to the court's order issued on July 26, 2007.

SO ORDERED.

*[signature: Joseph A. DiClerico, Jr.]*
Joseph A. DiClerico, Jr.
United States District Judge

March 20, 2008

cc:   Daniel R. Johnson, Esquire
      Joseph A. Kromholz, Esquire
      Richard B. McNamara, Esquire
      Lynda Q. Nguyen, Esquire
      Brian M. Poissant, Esquire
      Daniel D. Ryan, Esquire
      Ognian V. Shentov, Esquire
      Jonathan M. Shirley, Esquire
      Daniel E. Will, Esquire