```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Marine Polymer Technologies, Inc.

    v.                                  Civil No. 06-cv-100-JD

HemCon, Inc.


                                  O R D E R

The parties have filed a joint motion for a court-appointed mediator. Under the local rules of this district, "any eligible civil action may be referred to mediation according to the Guidelines for Mediation Program." LR 53.1(c)(2). Pursuant to the Guidelines, the Mediator Panel List provides approximately fifty mediators with an indication of their areas of expertise. Whether the parties choose mediation or the court refers a case to mediation, the mediator is compensated by the parties at the published hourly rate. The Guidelines and the Mediator Panel List are available on the court's website, www.nhd.uscourts.gov, under Case Processing, Mediation.

The parties may select a mediator themselves and proceed to mediation, or in the alternative, they may submit an agreed list of five mediators in descending order of preference. See LR 53.1(c)(2); Guideline 4. The court will then refer the parties to mediation with a mediator from the submitted list.

Conclusion

For the foregoing reasons, the parties' joint motion for mediation (document no. 156) is granted to the extent provided in this order.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

October 20, 2009

cc:   Julie M. Baher, Esquire
      Daniel R. Johnson, Esquire
      Heather E. Krans, Esquire
      Joseph A. Kromholz, Esquire
      Lynda Q. Nguyen, Esquire
      Brian M. Poissant, Esquire
      Daniel D. Ryan, Esquire
      Ognian V. Shentov, Esquire
      Jonathan M. Shirley, Esquire
      Daniel E. Will, Esquire
      Leigh S. Willey, Esquire