```
            UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>Marine Polymer Technologies, Inc.</u>

    v.                              Civil No. 06-cv-100-JD

<u>HemCon, Inc.</u>

### <u>Procedural Order</u>

Marine Polymer Technologies, Inc. has filed a motion to quash a trial subpoena that requires Dr. John N. Vournakis to appear and testify at the trial in this case, which is scheduled to begin the presentation of evidence on April 19, 2010. The time has not yet expired for HemCon, Inc. to respond to the motion. Given the short time before trial is scheduled to begin, HemCon shall file its response to the motion to quash **no later than noon on Monday, April 5, 2010.**

SO ORDERED.

```
                                    _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge
```

April 1, 2010

cc:  Julie M. Baher, Esquire
     Garet K. Galster, Esquire
     Daniel R. Johnson, Esquire
     Heather E. Krans, Esquire
     Joseph A. Kromholz, Esquire
     Lynda Q. Nguyen, Esquire
     Brian M. Poissant, Esquire
     Daniel D. Ryan, Esquire
     Ognian V. Shentov, Esquire
     Jonathan M. Shirley, Esquire
     Daniel E. Will, Esquire
     Leigh S. Willey, Esquire