```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

Marine Polymer Technologies, Inc.

    v.                                   Civil No. 06-cv-100-JD

HemCon, Inc.

## O R D E R

Marine Polymer Technologies, Inc. moves for leave to file two motions in limine after the deadline. The motions in limine seek to preclude HemCon from introducing at trial certain evidence that was disclosed in HemCon's supplementary disclosures. Because the supplementary disclosures were served on Marine Polymer on March 16, 2010, the deadline for filing motions in limine, Marine Polymer could not have filed its motions in response to the supplementary disclosures within the time allowed. That circumstance provides good cause for the late filing. HemCon has not yet responded to the motion for leave.

The final pretrial conference in this case is scheduled for Wednesday, April 7, and evidence in the trial is scheduled to begin on April 19, 2010. The schedule for responses must be shortened.

<u>Conclusion</u>

Marine Polymer's motion for leave to file motions after the deadline (document no. 217) is granted. Marine Polymer shall file immediately the two motions in limine submitted with its motion for leave.

HemCon shall file its responses to the motions **no later than noon on Tuesday, April 6, 2010.**

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

April 1, 2010

cc:  Julie M. Baher, Esquire
     Garet K. Galster, Esquire
     Daniel R. Johnson, Esquire
     Heather E. Krans, Esquire
     Joseph A. Kromholz, Esquire
     Lynda Q. Nguyen, Esquire
     Brian M. Poissant, Esquire
     Daniel D. Ryan, Esquire
     Ognian V. Shentov, Esquire
     Jonathan M. Shirley, Esquire
     Daniel E. Will, Esquire
     Leigh S. Willey, Esquire