```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

Marine Polymer Technologies, Inc.

    v.                            Civil No. 06-cv-100-JD

HemCon, Inc.


### Procedural Order

HemCon, Inc. moves for leave to file responses to Marine Polymer Technologies, Inc.'s objections to HemCon's proposed jury instructions and verdict forms.  Because the parties have been ordered to submit new joint proposed final jury instructions and verdict forms, which will replace their previously-filed materials, responses to these objections will not be necessary. HemCon may file responses to Marine Polymer's objection to HemCon's <u>preliminary</u> jury instructions and to Marine Polymer's

proposed <u>preliminary</u> jury instructions, filed as document number 248, Exhibits 1 and 6, by April 12, 2010.

    SO ORDERED.

                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

April 8, 2010

cc: Julie M. Baher, Esquire
    Garet K. Galster, Esquire
    Daniel R. Johnson, Esquire
    Heather E. Krans, Esquire
    Joseph A. Kromholz, Esquire
    Lynda Q. Nguyen, Esquire
    Brian M. Poissant, Esquire
    Daniel D. Ryan, Esquire
    Ognian V. Shentov, Esquire
    Jonathan M. Shirley, Esquire
    Daniel E. Will, Esquire
    Leigh S. Willey, Esquire