UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Marine Polymer Technologies, Inc.

    v.                                Civil No. 06-cv-100-JD

HemCon, Inc.

PROCEDURAL ORDER

Attached is a copy of a draft of the Preliminary Instructions that will be given to the jury at the beginning of the trial on Monday, April 19, 2010.

SO ORDERED.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

April 14, 2010

Attachment

cc:    Julie M. Baher, Esquire
        Garet K. Galster, Esquire
        Daniel R. Johnson, Esquire
        Heather E. Krans, Esquire
        Joseph A. Kromholz, Esquire
        Lynda Q. Nguyen, Esquire
        Brian M. Poissant, Esquire
        Daniel D. Ryan, Esquire
        Ognian V. Shentov, Esquire
        Jonathan M. Shirley, Esquire
        Daniel E. Will, Esquire
        Leigh S. Willey, Esquire