UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Marine Polymer Technologies, Inc.</u>

    v.                          Civil No. 06-cv-100-JD

<u>HemCon, Inc.</u>

<u>PROCEDURAL ORDER</u>

Following jury selection on April 14, 2010, the court directed counsel to file "bullet proffers" of the testimony to be given by certain witnesses, the scope of whose testimony has been addressed by prior orders in response to certain motions in limine. As discussed with counsel, "bullet proffers" shall be filed for Dr. John Michael Dornish, Dr. Simon McCarthy, Dr. Paul Sanford, and Dr. Robert S. Langer. Counsel shall include specific citations to the appropriate source (such as the expert report, interrogatory answer, or deposition), with page, paragraph and/or line numbers, for each bullet proffer.

    SO ORDERED.

                                     /s/ Joseph A. DiClerico, Jr.
                                     Joseph A. DiClerico, Jr.
                                     United States District Judge

April 15, 2010

cc:  Julie M. Baher, Esquire
     Garet K. Galster, Esquire
     Daniel R. Johnson, Esquire
     Heather E. Krans, Esquire
     Joseph A. Kromholz, Esquire
     Lynda Q. Nguyen, Esquire
     Brian M. Poissant, Esquire
     Daniel D. Ryan, Esquire
     Ognian V. Shentov, Esquire
     Jonathan M. Shirley, Esquire
     Daniel E. Will, Esquire
     Leigh S. Willey, Esquire