UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Marine Polymer Technologies, Inc.</u>

    v.                              Civil No. 06-cv-100-JD

<u>HemCon, Inc.</u>


<u>Procedural Order</u>

At this stage of the trial, the prior art references are established, based on the evidence that has been submitted.  The parties shall compile a joint list of the prior art references that will be used in the jury instructions.  The joint list shall be filed **on or before Wednesday, April 21, 2010, at 5:00 p.m.**

    SO ORDERED.


                                                    /s/ Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

April 21, 2010

cc:   Julie M. Baher, Esquire
      Garet K. Galster, Esquire
      Daniel R. Johnson, Esquire
      Heather E. Krans, Esquire
      Joseph A. Kromholz, Esquire
      Lynda Q. Nguyen, Esquire
      Brian M. Poissant, Esquire
      Daniel D. Ryan, Esquire
      Ognian V. Shentov, Esquire
      Jonathan M. Shirley, Esquire
      Daniel E. Will, Esquire
      Leigh S. Willey, Esquire