UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Marine Polymer Technologies, Inc.</u>

  v.          Civil No. 06-cv-100-JD

<u>HemCon, Inc.</u>

<u>Procedural Order</u>

After the close of evidence, HemCon, Inc. moved for judgment as a matter of law on the issues of contributory infringement and inducement and on its counterclaim for a declaratory judgment of noninfringement of the unasserted claims of the '245 patent. The parties shall file briefs on those matters as follows.

HemCon shall file its motions and supporting memoranda **on or before May 14, 2010.** Marine Polymer shall file its responses **within ten days.**

SO ORDERED.

                _____
                Joseph A. DiClerico, Jr.
                United States District Judge

April 23, 2010

cc: Julie M. Baher, Esquire
   Garet K. Galster, Esquire
   Daniel R. Johnson, Esquire
   Heather E. Krans, Esquire
   Joseph A. Kromholz, Esquire
   Lynda Q. Nguyen, Esquire
   Brian M. Poissant, Esquire
   Daniel D. Ryan, Esquire
   Ognian V. Shentov, Esquire
   Jonathan M. Shirley, Esquire
   Daniel E. Will, Esquire
   Leigh S. Willey, Esquire