UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Marine Polymer Technologies, Inc.

    v.                           Civil No. 06-cv-100-JD

HemCon, Inc.

**PERMANENT INJUNCTION**

For the life of United States Patent No. 6,864,245 ("the '245 patent") HemCon, Inc., its officers, agents, servants, employees, attorneys, successors in interest, assigns, and all other persons in active concert or participation with them, including without limitation, HemCon's distributors, are enjoined from infringing asserted claims 6, 7, 10, 11, 12, 17, and 20 of the '245 patent by making, using, selling, offering to sell, distributing, or importing into the United States HEMCON® BANDAGE (4" x 4", 2" x 2", and 2" x 4"), CHITOFLEX™ Dressings, HEMCON® DENTAL DRESSINGS (10mm x 12mm and 1" x 3"), and any other

products which are no more than colorably different from these infringing products.

SO ORDERED.

*/s/ Joseph A. DiClerico, Jr.*
Joseph A. DiClerico, Jr.
United States District Judge

September 16, 2010

cc: Julie M. Baher, Esquire
Celine Jimenez Crowson, Esquire
Raymond A. Kurz, Esquire
Elizabeth Maher Leonard, Esquire
Lynda Q. Nguyen, Esquire
Keith B. O'Doherty, Esquire
Rebekah L. Osborn, Esquire
Brian M. Poissant, Esquire
Ognian V. Shentov, Esquire
Jonathan M. Shirley, Esquire
Daniel E. Will, Esquire
Leigh S. Willey, Esquire