UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Marine Polymer Technologies, Inc.</u>

     v.                                      Civil No. 06-cv-100-JD

<u>HemCon, Inc.</u>


### **J U D G M E N T**

In accordance with the following, judgment is hereby entered: Oral Order by United States District Judge Joseph A. DiClerico, Jr., dated April 22, 2010 wherein the Court granted in part Plaintiff's Oral Motion for Judgment as a Matter of Law, Orders dated October 27, 2009, July 27, August 3, August 6, and September 16, 2010 also by Judge DiClerico, and the Jury Verdicts returned on April 26, and April 29, 2010, in favor of Marine Polymer Technologies, Inc., with interest thereon at the rate of 0.26 percent as provided by law and costs of the action, if appropriate.

                                                                                         By the Court,

                                                                                        */s/ Daniel J. Lynch*

                                                                                        Daniel J. Lynch, Chief Deputy Clerk

September 22, 2010

cc:     Brian Poissant, Esq.
         Daniel Will, Esq.
         Julie Baher, Esq.                    Approved as to Form:
         LyndaNguyen, Esq.
         Ognian Shentov, Esq.
         Jonathan Shirley, Esq.
         Leigh Willey, Esq.                 */s/ Joseph A. DiClerico, Jr.*
         Celine Crowson, Esq.            Joseph A. DiClerico, Jr.
         Keith O'Doherty, Esq.           United States District Judge
         Raymond Kurz, Esq.
         Rebekah Osborn, Esq.
         Elizabeth Leonard, Esq.