# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| _____ | * |
| Marine Polymer Technologies, Inc., | * |
| Plaintiff | * |
|  | * |
| v. | *    Civil Action No. 06-cv-100-JD |
|  | * |
| HemCon, Inc. | * |
| Defendant | * |
| _____ | * |

## <u>AMENDED NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN, pursuant to Fed. R. App. P. 3(a)(1) and 4(a)(1)(A), that Defendant HemCon, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court Order granting Motion for Permanent Injunction and Permanent Injunction Order entered in this action on September 16, 2010 (Docket # 438 and 439) and the Final Judgment entered in this action on September 23, 2010 (Docket # 446).

Date: September 24, 2010

HOGAN LOVELLS US LLP

By: /s/ Raymond Kurz
Raymond A. Kurz (admitted *pro hac vice*)
Celine Crowson (admitted *pro hac vice*)
Rebekah L. Osborn (admitted *pro hac vice*)
Keith B. O'Doherty (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington DC 20004
Telephone: (202) 637-5600

LOCAL COUNSEL

By: /s/ Elizabeth Maher Leonard
Elizabeth M. Leonard (NH Bar No. 11314)
WIGGIN & NOURIE, P.A.
670 North Commercial Street, Suite 305
P.O. Box 808
Manchester, NH 03105-0808
Telephone: (603) 669-2211

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the within Notice of Appeal has been forwarded to all counsel of record pursuant to the Court's rules and procedures concerning electronic filing.  Electronically Served Through ECF:  Daniel E. Will, Esq.

September 24, 2010                                          <u>/s/ Elizabeth Maher Leonard</u>
                                                                       Elizabeth Maher Leonard